UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL JOHNSON

   -vs-                                Civil No. 3:03cv151 (MRK)

STATE OF CONNECTICUT            :
DEPARTMENT OF CHILDREN AND  :
FAMILIES; KRISTINE D. RAGAGLIA,  :
COMMISSIONER; ROXANNE DUMBROSKI,  :
CASEWORKER; and REBECCA FOURNIER,  :
SOCIAL WORKER INVESTIGATOR,      :

## JUDGMENT

This action came on for consideration on defendants' Motion to Dismiss before the Honorable Mark R. Kravitz, United States District Judge. On March 26, 2004, a Memorandum of Decision entered granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants' and the complaint is dismissed.

Dated at New Haven, Connecticut, this 30th day of March, 2004.

                                       KEVIN F. ROWE, CLERK

                                       By  /s/ Kenneth R. Ghilardi
                                            Kenneth R. Ghilardi
                                            Deputy Clerk

EOD: _____